EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: larry.tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 03 2004

LODGED at 8 o'clock and 00 min. A.M.
WALTER A. Y. H. CHINN, CLERK

AUG 0 2 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,     )    CR. NO. 02-00379 SOM
                              )
              Plaintiff,      )    ORDER FOR DISMISSAL
                              )
      vs.                     )
                              )
JEFFREY TANNER,               )
                              )
              Defendant.      )
_____)

ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Indictment against defendant Jeffrey Tanner on the ground(s) that

defendant has been ordered civilly committed for mental health

evaluation and treatment.

///

///

The defendant is in custody on the dismissed Indictment listed above.

DATED:   Honolulu, Hawaii, _August 2, 2004_____.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii


By _Lawe Tong_____
LAWRENCE L. TONG
Assistant U.S. Attorney



Leave of court is granted for the filing of the foregoing dismissal.


SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE





United States v. Jeffrey Tanner
Cr. No. 02-00379 SOM
Order for Dismissal

copies:   United States Marshal
          Rustam A. Barbee, Esq., Attorney for Defendant